UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| THOMAS N. BALL, SR.,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>DEPARTMENT OF CORRECTIONS, et al.,<br><br>　　　　　　Defendants. | CASE NO. C11-5966BHS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Karen L. Strombom, United States Magistrate Judge. Dkt. 9. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)　　The R&R is **ADOPTED**; and

(2)　　This action is **DISMISSED without prejudice as frivolous** and the dismissal will count as a **STRIKE** under 28 U.S.C. § 1915(g).

Dated this 14th day of March, 2012.

　　　　　　　　　　　　　　　　　*/s/ Benjamin H. Settle*
　　　　　　　　　　　　　　　　　BENJAMIN H. SETTLE
　　　　　　　　　　　　　　　　　United States District Judge

ORDER